## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| R.C. and E.P., as parents and next friends of J.C., a minor, <br><br> Plaintiffs, <br><br> v. <br><br> YORK SCHOOL DEPARTMENT, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Docket No. 07-cv-177-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on September 25, 2008, his Recommended Findings of Fact and Conclusions of Law (Docket # 34) in this IDEA dispute. Plaintiffs filed their Objection to the Recommended Decision (Docket # 37) on October 24, 2008. Defendant filed its Response to Plaintiffs' Objection to the Recommended Decision (Docket # 44) on November 14, 2008. The Court held oral argument on December 4, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that judgment be entered against Plaintiffs and for Defendant, York School Department.

                                                    /s/ George Z. Singal
                                                    Chief U.S. District Judge

Dated: December 5, 2008